# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Michael Mirande,                          :
                    Petitioner           :
                                          :
          v.                              :          No. 1141 C.D. 2021
                                          :
Unemployment Compensation                 :
Board of Review,                          :
                    Respondent           :

**PER CURIAM**                    **O R D E R**

      NOW, January 5, 2023, upon consideration of Petitioner's application for reargument, the application is denied.